IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
JOHNSTOWN DIVISION

| | |
|---|---|
| BRENDA L. EDWARDS,<br><br>Plaintiff,<br><br>vs.<br><br>FRANK BISIGNANO, ACTING COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | )<br>)  Civil Action No. 3:24-CV-00244-CBB<br>)<br>)<br>)<br>)<br>)  Christopher B. Brown<br>)  United States Magistrate Judge<br>)<br>)<br>)<br>)<br>) |

## ORDER

AND NOW, this 18th day of December, 2025, for the reasons explained in the Memorandum Opinion filed on this date, IT IS ORDERED that the motion for summary judgment filed by Plaintiff (ECF No. 7) is GRANTED, the motion for summary judgment filed by Defendant (ECF NO. 10) is DENIED, the decision of the Commissioner of Social Security denying Plaintiff's claim for benefits is VACATED and the matter is remanded to the Commissioner pursuant to sentence four of § 405(g) for further development of the record.

BY THE COURT:

s/Christopher B. Brown
United States Magistrate Judge